UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDOUARD E. MOTLEY,<br><br>Defendant. | CASE NO. MJ25-591<br><br>COMPLAINT for VIOLATION<br><br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),(B),(C)<br>Title 18, United States Code, Sections 922(g)(1) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about December 22, 2022, in King County, within the Western District of Washington, EDOUARD E. MOTLEY, did knowingly and intentionally possess, with the intent to distribute, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (hereinafter "fentanyl"), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Complaint - 1
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2
### (Unlawful Possession of a Firearm)

On or about March 13, 2023, in King County, within the Western District of Washington, EDOUARD E. MOTLEY, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

   i.    *Tampering with a Witness, Assault First Degree, Unlawful Possession of a Firearm*, in King County Superior Court, under case number 09-1-06881-6, on or about July 25, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is: a Ruger P89, 9mm handgun and a Highpoint CF380 .380 handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Possession of Controlled Substances with Intent to Distribute)

On or about July 29, 2023, in King County, within the Western District of Washington, EDOUARD E. MOTLEY, did knowingly and intentionally possess, with the intent to distribute, methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (hereinafter "fentanyl"), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), (B).

//

Complaint - 2
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

And the complainant states that this Complaint is based on the following information.

I, Greg Tomlinson, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I have been a duly sworn Seattle Police Officer for the past 30 years. For 24 years I have been in the Seattle Police Gang Unit/Gun Violence Reduction Unit as a detective. During this time, I was also a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms from 2005 to 2019 where I was on the Violent Gangs Task Force and the Puget Sound Region Crime Gun Task Force. I am currently cross deputized as a Task Force Officer with the United States Marshals Northwest Fugitive Apprehension Task Force. I have been working in that capacity since August of 2022.

2. My duties as a detective with the Seattle Police Department include investigating gun crimes to include unlawful possession of a firearm, drive-by shooting, assault, and robbery. I have completed dozens of warrants during the investigations of these crimes over the years, to include warrants to obtain suspects' DNA. My main role with the US Marshals is to assist in the apprehension of persons with warrants for their arrest and to investigate any other crimes related to these arrests, which can include unlawful possession of a firearm and narcotics, as well as other crimes.

3. The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant by other local and federal law enforcement agents. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

**SUMMARY OF PROBABLE CAUSE**

4. In addition to numerous other convictions, EDOUARD E. MOTLEY was convicted of Tampering with a Witness, Assault First Degree, and Unlawful Possession of a Firearm, in King County Superior Court, under case number 09-1-06881-6, on or about

Complaint - 3
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

July 25, 2022, and is prohibited from possessing firearms. MOTLEY was serving a period of community custody following release from the Department of Corrections (DOC) at the time of his arrests detailed below.

### December 12, 2022 Arrest

5.    On December 12, 2022, the Seattle Police Department was conducting a narcotics surveillance operation in the Belltown area of downtown Seattle. While working in an undercover capacity, Officer Stone observed MOTLEY stop just east of the alley on the 200 block of Bell Street, contact a female, pull out a plastic tube from his jacket pocket, pour out what appeared to be crack cocaine into the palm of his hand, and provide the female the suspected crack cocaine. Officer Stone alerted nearby Seattle Police Officers of MOTLEY's hand to hand drug transaction and MOTLEY was arrested after a failed attempt to flee.

6.    During a search incident to MOTLEY's arrest, officer located 6.8 grams of suspected M30 fentanyl pills, 2 grams of suspected crack cocaine, and $1,994 in U.S. currency.

### March 13, 2023 Arrest

7.    On March 3, 2023, Seattle Police Officers obtained King County Superior Court search warrants for MOTLEY's residence located at SE 272nd Street Kent, Washington, a 2005 Cadillac Deville associated with MOTLEY, and obtained an arrest warrant, following an investigation into MOTLEY for Violation of the Uniform Controlled Substances Act Delivery.

8.    On March 13, 2023, MOTLEY responded to the Department of Corrections office in Auburn, Washington to check in with his Community Custody Officer (CCO) at which time MOTLEY was arrested. Officers subsequently searched MOTLEY's residence and located a Ruger P89, 9mm handgun, with a fully loaded magazine and a Highpoint CF280, .380 handgun in bedroom closet containing men's clothing, shoes, and MOTLEY's

Complaint - 4
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

work identification. The corresponding magazine to the Highpoint firearm was located on the nightstand on MOTLEY's side of the bed, along with three bullets for the gun. The nightstand contained numerous papers with MOTLEY's name, men's underwear, tank tops, and sixty-four one-dollar bills.

9.      A medium sized Sentry safe was located inside MOTLEY's closet containing $6,714 in mostly one-dollar bills. Also recovered from MOTLEY's bedroom were a plastic baggie with 30 or more 9mm bullets, 2 boxes of Gold Dot 9mm bullets, and wads of cash rolled up in ten dollar increments and secured with rubber bands totaling $474.

### July 29, 2023 Arrest

10.      On July 29, 2023, MOTLEY was observed by Seattle Police Officers in the 2200 block of 3rd Avenue, Seattle in clear violation of community custody boundary restrictions. As officers approached to effectuate an arrest, MOTLEY fled on foot. Following a short pursuit, MOTLEY was arrested. A search of his person incident to arrest located 26.1 grams of suspected M30 fentanyl pills, suspected 7.3 grams of crack cocaine, $178 U.S. currency, and a key fob belonging to a Kia. Officers located a gray Kia Forte at Western Avenue and Blanchard Street. After observing what appeared to be small baggies inside the driver's door and two fanny packs located on the driver's floorboard and passenger floorboard respectively, Officer Bonesteel had the Kia towed pending a Department of Corrections authorized search.

11.      On August 1, 2023, DOC CCO Lambert and other law enforcement searched the Kia Forte and located $16,393 U.S. currency ($5,489 located in MOTLEY's wallet in the center console and $10,904 located in a black bag in the trunk); 232.2 grams of suspected fentanyl pills (9.9 grams in a black Nike fanny pack on the driver's floorboard and 222 grams in a plastic bag under the driver's seat); 345.4 grams of suspected methamphetamine (10.4 grams in a black Nike fanny pack on the driver's floorboard and

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

335 grams on the floorboard of the front passenger side); two cell phones; two scales; a cutting tray; razor blades; and plastic baggies.

### Interstate Nexus

12.    On September 16, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Kit Radosevich, a certified Interstate Firearms and Ammunition Nexus Expert who has been trained in the recognition of firearms and ammunition and their origin of manufacture, was provided with descriptions of and examined photos of the above-referenced Ruger P89, 9mm handgun and Highpoint CF280, 380 handgun. Based on the photos and descriptions of the firearms, SA Arnold determined that both handguns meet the definition of a "firearm" under Title 18, United States Code, Section 921(a)(3) and neither were manufactured within Washington State.

//

//

Complaint - 6
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

13.    Based on the above facts, I respectfully submit that there is probable cause to believe that EDOUARD E. MOTLEY committed Possession with Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), (B), (C), and Unlawful Possession of Firearms in violation of Title 18, United States Code, Section 922(g)(1).

I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Greg Tomlinson
Task Force Officer
United States Marshal's Service

The above-named law enforcement officer provided a sworn statement to the truth of the foregoing Complaint and Affidavit by teleconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 17th day of September, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 7
*United States v. Edouard E. Motley*
USAO No. 2025R01040

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970